| Check | Amount | Date | Payee |
|---|---|---|---|
| 386243 | $85,900.71 | 10/11/2011 | Agovina & Asselta Attorneys attorneys for Hung Rite Contracting Corp. |
| 386687 | $40,000.00 | 10/26/2011 | AMF Mechanical Systems Corp. |
| 386688 | $4,000.00 | 10/26/2011 | AMF Mechanical Systems Corp. |
| GM40201596 | $31,625.00 | 9/21/2011 | Anthem Contracting Inc. |
| 391982 | $5,038.90 | 5/17/2012 | Arbon Equipment Corp. |
| 387567 | $2,125.00 | 12/6/2011 | Arsenal Scaffold |
| 387568 | $1,900.50 | 12/6/2011 | Arsenal Scaffold |
| 385163 | $70,517.50 | 8/26/2011 | Black Diamond Site Development |
| DN91412369 | $1,031.44 | 4/13/2012 | Crown Sanitation Inc. |
| 389311 | $4,370.00 | 2/9/2012 | Dashing Dan Plumbing and Heating |
| 387993 | $20,499.42 | 12/19/2011 | Giaquinto Masonry |
| 385170 | $10,853.51 | 8/26/2011 | Heleco Decorating Company |

| Check | Amount | Date | Payee |
|---|---|---|---|
| GM40201598 | $42,418.00 | 9/21/201 | 1 Kalwall Corporation |
| 386312 | $56,070.00 | 10/11/2011 | Kevin Anderson Electric Inc. |
| 386313 | $8,000.00 | 10/11/2011 | Kevin Anderson Electric Inc. |
| 387983 | $6,640.00 | 12/19/2011 | K P Organization |
| 398097 | $33,465.00 | 1/7/2013 | M&D Concrete Corp |
| GM40201595 | $17,730.00 | 9/21/2011 | Majestic Lock Co Inc. |
| 386032 | $5,800.00 | 10/3/2011 | Majestic Lock Co Inc. |
| 386690 | $1,920.00 | 10/26/2011 | Mal Enterprises |
| 386691 | $480.00 | 10/26/2011 | Mal Enterprises |
| 386692 | $1,800.00 | 10/26/2011 | Mal Enterprises |
| 408613 | $12,500.00 | 1/22/2014 | Mark S Tulis, Chapter 7 Trustee for M.S.Y. Construction Corp. |
| 413587 | $20,000.00 | 7/15/2014 | NYC District Council of Carpenters |
| 386035 | $12,105.00 | 10/3/2011 | Perimeter Barrier Systems |
| 386036 | $1,345.00 | 10/3/2011 | Perimeter Barrier Systems |
| 391984 | $3,840.00 | 5/17/2012 | Roebell |
| 391985 | $4,829.00 | 5/17/2012 | Roebell |
| 391990 | $75,000.00 | 5/17/2012 | Ruttura |
| 391991 | $3,310.00 | 5/17/2012 | Ruttura |
| 394403 | $8,011.75 | 8/21/2012 | Ruttura |
| 393527 | $17,020.00 | 7/19/2012 | Seaford Ave Corp. |
| 385168 | $2,316.55 | 8/26/2011 | Sidney B Brown & Sons LLP |

| Check | Amount | Date | Payee |
|---|---|---|---|
| 391987 | $5,039.65 | 5/17/2012 | Soil Mechanics |
| 391989 | $890.00 | 5/17/2012 | Soil Mechanics |
| 394402 | $890.00 | 8/21/2012 | Soil Mechanics |

| | | | |
|---|---|---|---|
| 386861 | $12,306.00 | 11/1/2011 | Stasi Brothers |
| 386862 | $2,294.00 | 11/1/2011 | Stasi Brothers |
| 416795 | $44,077.51 | 11/12/2014 | Stephen Einstein & Associates |
| 385166 | $369,027.50 | 8/26/2011 | Stuart Berger Construction Corp |
| 392812 | $37,766.00 | 6/20/2012 | Stuart Berger Construction Corp |
| 391988 | $17,915.00 | 5/17/2012 | T.M. Kenney's Garage Door I nc |
| 385169 | $1,129.55 | 8/26/2011 | United Door & Hardware |
| GM40201333 | $10,800.00 | 8/24/2011 | United Steel Products Inc. |
| 386065 | $1,200.00 | 10/3/2011 | United Steel Products Inc. |
| DN91412452 | $768.52 | 4/13/2012 | William Scotsman Inc. |